UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>   v.<br><br>ALESSANDRO F. BAGLIETTO, et al.,<br><br>      Defendants. | Case No. 19-cv-06206-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 23, 19 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment is **GRANTED**. The Court further **DIRECTS** Plaintiff to submit a proposed judgment consistent with this order by June 22, 2020.

**IT IS SO ORDERED.**

Dated:   June 9, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge