UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>ALESSANDRO F. BAGLIETTO, et al.,<br><br>  Defendants. | Case No. 19-cv-06206-HSG<br><br>**JUDGMENT** |

Consistent with the Court's order on June 9, 2020, Dkt. No. 26, the Court enters **JUDGMENT** in favor of Plaintiff Scott Johnson and against Defendants Alessandro F. Baglietto and Nancy O. Baglietto in the amount of $8,000 in statutory damages under the California Unruh Civil Rights Act; $3,537.50 in attorneys' fees, and $800 in costs, for a total of $12,337.50.

Additionally, Defendants shall, to the extent not already completed, provide an accessible path of travel to the store entrance and accessible parking spaces at the Olsen Nolte Saddle Shop, located at 1580 El Camino Real, San Carlos, California, in compliance with the 2010 Americans with Disabilities Act Standards for Accessible Design.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 6/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge